IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDY R. KOSCHNICK,

                Plaintiff,

v.                                   Case No. 09-cv-767-wmc

GOVERNOR JAMES DOYLE, in his official
capacity as Governor of the State of Wisconsin,
KEVIN KENNEDY, in his official capacity as
Director of Wisconsin's Government Accountability
Board, and DAWN MARIE SASS, in her official
capacity as Wisconsin State Treasurer,

                Defendants.

---

### JUDGMENT

---

       This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

_____          _3/31/11_____
Peter Oppeneer, Clerk of Court                        Date