IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDY R. KOSCHNICK,

                Plaintiff,                ORDER

v.

                                     09-cv-767-wmc

GOVERNOR JAMES DOYLE, in his
official capacity as Governor of the State
of Wisconsin, KEVEN KENNEDY, in his
official capacity as Director of Wisconsin's
government Accountability Board and
DAWN MARIE SASS, in her official
capacity as Wisconsin State Treasurer,

                Defendants.

---

Pursuant to order of the Court of Appeals for the Seventh Circuit in the above entitled matter, IT IS ORDERED THAT judgment previously entered in said matter is vacated and this case is dismissed as moot.

Entered this 20th day of September, 2011.

                                      BY THE COURT:

                                      /s/
                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge